FILED
1/5/18 1:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO: **17-11326-TPA** |
| Howard J. Beale | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| | : | DOCUMENT # 10 |
| Howard J. Beale | : | |
| Movant | : | |
| vs. | : | |
| NO RESPONDENT | : | |

## ORDER

AND NOW, this ___5th___ day of _____January_____, 2018, upon consideration of the Debtors' Motion to Extend time to File It is hereby ORDERED and DECREED that Debtor's time to file the outstanding filings is extended until January 16, 2018 . ***No further extensions will be granted.***

_____ vas
Thomas P. Agresti
United States Bankruptcy Judge

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
```

In re:                                                              Case No. 17-11326-TPA
Howard J. Beale                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: bsil      Page 1 of 1      Date Rcvd: Jan 05, 2018
                        Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2018.
db          +Howard J. Beale,    882 Hull Road,    Waterford, PA 16441-9021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2018 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1 bkgroup@kmllawgroup.com
        Jeffrey G. Herman    on behalf of Debtor Howard J. Beale JeffreyHerman@Live.com, sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                      TOTAL: 4