IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Howard J. Beale | : | CASE NO: **17-11326-TPA** |
| | : | |
| Debtor | : | CHAPTER 13 |
| _____ | : | |
| | : | |

# CERTIFICATION CONCERNING PAY ADVICES

 Consistent with Local Rule Rule 1007-4 the Debtor gives the following explanation why payment advices are not available:  The undersigned Debtor is is not employed.


January 15, 2018            _____s:\____Howard J. Beale_____
                    Howard J. Beale - Debtor