UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankr. Case No. 17-11326-TPA-13 |
| Howard J. Beale | Chapter 13 |
| Debtor(s) | |

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

Americredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX  76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on February 23, 2018 :

Jeffrey G. Herman  
114 High Street  
PO Box 455  
Waterford, PA 16441

Ronda Winnecour  
600 Grant Street  
Suite 3250 USX Tower  
Pittsburgh, PA 15219

By /s/ Mandy Youngblood  
Mandy Youngblood

xxxxx59234 / 945599