Certificate Number: 16337-PAW-DE-030945704

Bankruptcy Case Number: 17-11326



16337-PAW-DE-030945704

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 26, 2018</u>, at <u>9:48</u> o'clock <u>PM EDT</u>, <u>Howard Beale</u> completed a course on personal financial management given <u>by internet</u> by <u>$ Education USA, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>April 26, 2018</u>          By:  <u>/s/Nisrene Tarraf</u>

Name:  <u>Nisrene Tarraf</u>

Title:  <u>Educator</u>