FILED
3/4/22 1:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**RESURGENT**
*Capital Services*

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

17-11326

DEBTOR(S):

HOWARD J BEALE

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 5 IN THE AMOUNT OF $612.87

CREDITOR'S SIGNATURE:

/s/ David Lamb

CREDITOR CONTACT INFO:

Pinnacle Credit Services, LLC its successors and assigns as assignee of Cellco Partnership d/b/a Verizon Wireless

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(866) 572-0265

DATE:

3/3/2022

SO ORDERED
March 04, 2022

*/s/ signature/*

asg

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11326-TPA |
| Howard J. Beale | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 04, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Howard J. Beale, 882 Hull Road, Waterford, PA 16441-9021 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2022 23:33:28 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14780485 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2022 23:33:12 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 06, 2022                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1 bnicholas@kmllawgroup.com |

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: Mar 04, 2022 | Form ID: pdf900 | Total Noticed: 3

Jeffrey G. Herman
 on behalf of Debtor Howard J. Beale JeffreyHerman@Live.com
 sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com

Jeffrey G. Herman
 on behalf of Plaintiff Howard J. Beale JeffreyHerman@Live.com
 sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

William E. Craig
 on behalf of Defendant GM Financial ecfmail@mortoncraig.com  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Craig
 on behalf of Creditor AmeriCredit Financial Services  Inc., dba GM Financial ecfmail@mortoncraig.com,
 mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7