FILED
7/20/22 12:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
HOWARD J. BEALE    )
                   )
                   )    Case No.:17-11326-TPA
                   )
    Debtor(s)      )    Chapter 13
                   )
                   )
Ronda J. Winnecour, Chapter 13 Trustee,  )
        Movant,    )    Related Document No.:44 , 47
    Vs.            )
                   )
HOWARD J. BEALE    )
                   )
    Respondent(s)  )

### TRUSTEE'S WITHDRAWAL OF CERTIFICATE OF DEFAULT REQUESTING DISMISSAL OF CASE

The Certificate of Default that was filed in the above-referenced case on June 9, 2022 (document no. 44) is hereby WITHDRAWN.

Respectfully submitted,

7-19-2022                    /s/ Ronda J. Winnecour
Date                         Ronda J. Winnecour (PA I.D. #30399)
                             Attorney and Chapter 13 Trustee
                             U.S. Steel Tower – Suite 3250
                             600 Grant Street
                             Pittsburgh, PA  15219
                             (412) 471-5566
                             cmecf@chapter13trusteewdpa.com

SO ORDERED
July 20, 2022

jlm

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Howard J. Beale  
  Debtor

Case No. 17-11326-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1 | User: auto | Page 1 of 2
Date Rcvd: Jul 20, 2022 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

**Recip ID        Recipient Name and Address**
db              + Howard J. Beale, 882 Hull Road, Waterford, PA 16441-9021

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:**

**Name**                            **Email Address**
Brian Nicholas
                                    on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1 bnicholas@kmllawgroup.com

Jeffrey G. Herman
                                    on behalf of Debtor Howard J. Beale JeffreyHerman@Live.com
                                    sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com

Jeffrey G. Herman
                                    on behalf of Plaintiff Howard J. Beale JeffreyHerman@Live.com
                                    sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com

Office of the United States Trustee
                                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                    cmecf@chapter13trusteewdpa.com

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: Jul 20, 2022 Form ID: pdf900 Total Noticed: 1

William E. Craig
    on behalf of Defendant GM Financial ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Craig
    on behalf of Creditor AmeriCredit Financial Services  Inc., dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7